[No. 5185–1–II.   Division Two.   June 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN L. HELVIE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 80–5872, D. J. Cunningham, J., entered November 3, 1980. *Affirmed* by unpublished opinion per

Worswick, J., concurred in by Reed, C.J., and Petrich, J.